JOHN L. KRIEGER (Nevada Bar No. 6023)
jkrieger@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8365 (fax)

ERIC SOMMERS (*Pro Hac Vice to be submitted*)
eric@sommerslaw.com
SOMMERS LAW, PLLC
600 State Street, Suite 1
Portsmouth, New Hampshire 03801
(603) 570-4854

*Attorneys for Herb Reed Enterprises,LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERB REED ENTERPRISES, LLC, a Massachusetts company<br><br>Plaintiff,<br>v.<br><br>FLORIDA ENTERTAINMENT MANAGEMENT, INC, a Nevada company; and LARRY MARSHAK, an individual,<br><br>Defendants | CASE NO:<br><br>**DECLARATION OF FREDERICK J. BALBONI, JR. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Frederick J. Balboni, Jr., declare under penalty of perjury pursuant to the laws of the United States and the State of Nevada that the following is true:

1.     I am President and Chief Executive Officer of the Balboni Communications Group, LLC, P.O. Box 4183, Peabody, Massachusetts 01961.

2.     I have extensive background and experience in the entertainment and music business. I have been the manager for Herb Reed And The Platters (also known as "Herb Reed's Platters") since 2005 and the only other manager Herb Reed has had aside from Buck Ram. At all other times, Herb Reed managed his own career.

3.     Herb Reed currently manages his business affairs through Herb Reed Enterprises, LLC. I am the general manager for that company.

4.     I am familiar with Herb Reed's career as a vocal performer and with the history of The Platters. Much of that history is public record and has been repeated in many court decisions.

5.     Herb Reed organized, founded and named the vocal group "The Platters" and has been performing continuously under the name "The Platters" and "Herb Reed and The Platters," or combinations thereof, since 1953.

6.     The group was initially composed of Joe Jefferson, Alex Hodge, Cornell Gunther and Herb Reed. Jefferson and Gunther were replaced in 1954 by David Lynch and Tony Williams. Reed, Lynch, Williams and Hodge recorded several songs as "The Platters" on the Federal Records label.

7.     In 1954, the group added Zola Taylor, and Paul Robi replaced Hodge. The group comprised of those five performers, Robi, Lynch, Williams, Taylor and Reed, are sometimes referred to as the "original" Platters.

8.     The Platters enjoyed great success, charting several number one hits during the 1950's and 1960's. Through their recordings and original performances, Reed and the other original members of the group made the group "The Platters" famous and of major importance to the music industry. They were inducted into the Rock & Roll Hall of Fame in 1990, the Vocal Group Hall of Fame in 1998, and the Grammy Hall of Fame in 1999 and 2002.

9.     After the group was formed, it hired Buck Ram as its manager. Buck Ram's secretary was Jean Bennett.

10.    After becoming the manager for the Platters in 1954, Buck Ram formed a company called Five Platters Inc. ("FPI"). He then tried to have all of the members of The Platters assign their rights in their vocal group's name, "The Platters" to FPI (the "1956 Assignment").

11.    In 1974, I understand that the Courts in California determined that Buck Ram's creation of this company, and his attempt to have the members of "The Platters" assign the name to FPI, was a sham and that no assignment was ever made. Despite this ruling, FPI and its owners continued to claim that FPI had common law rights to the mark THE PLATTERS by virtue of the 1956 Assignment.

12.     Over time, original members of "The Platters" left the group, and by 1969, Herb Reed was the only original member left.

13.     In 1969, Herb Reed discontinued his relationship with Buck Ram, Jean Bennett and FPI. He continued to perform using THE PLATTERS mark, either by itself or in combination with his name, such as "Herb Reed and The Platters" or various iterations thereof, and after 2001 as "Herb Reed and The Platters" in order to conform with an injunction entered by the United States District Court for the Eastern District of New York.

14.     As members of the original Platters left, FPI, PPI and their owners commenced litigation against original Platters, including Reed, to try and prevent them from using THE PLATTERS mark in connection with their performances.

15.     Larry Marshak was involved in litigation with FPI and PPI against Herb Reed in the United States District Court for the Eastern District of New York. At the time of that litigation, Marshak claimed to be a licensee of FPI and possibly PPI.

16.     Litigation over THE PLATTERS mark, including litigation in which Larry Marshak was involved, is extensive and well documented through court records, and summarized in numerous opinions.

17.     In 2003, Herb Reed registered the mark HERB REED AND THE PLATTERS with the United Stated Patent and Trademark Office. In June of 2010, the mark received an Acknowledgment of Incontestability. Copies of the Registration and Acknowledgment of Incontestability obtained from the Patent and Trademark Office are attached as Exhibit A.

18.     Herb Reed assigned the mark to Herb Reed Enterprises, Inc. Herb Reed Enterprises, Inc. later assigned the mark to Herb Reed Enterprises, LLC. Copies of those assignments obtained from the Patent and Trademark Office are attached as Exhibit B.

19.     Herb Reed has now assigned all rights and goodwill in the marks THE PLATTERS and HERB REED AND THE PLATTERS in Herb Reed Enterprises, LLC, the company through which he currently manages his vocal group.

20.     Larry Marshak promotes a vocal group using the mark THE PLATTERS only. He currently has a show at the Crown Theater at the Rio Hotel and Casino in Las Vegas, in which he

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

promotes three groups together, calling his show "The Platters, The Cornell Gunther Coasters, and The Marvelettes," which he advertises at www.platterslasvegas.com Attached as Exhibit C is a copy of their web site. It is my understanding that he runs this show using a company called Florida Entertainment Management, Inc.

21.     As can be seen by that web site, Marshak and his company promote their group "The Platters" as being "a successful vocal group of the early rock and roll era." Their advertising uses a photo of a vintage record jacket for the original group, which features Herb Reed as the central figure. Nowhere does Marshak indicate that his group has no connection to the original group who recorded the hit songs, were inducted into the Rock and Roll and Vocal Halls of fame, and made the group and THE PLATTERS mark famous.

22.     In addition, Marshak promotes his show using video clips of what appear to be live shows, showing the group performing with a voice-over that states "the most legendary groups of all time, live and in concert." Attached as Exhibit D is a copy of the video promotion.

23.     "The Platters" were a famous vocal group who recorded numerous number one hits. Their recordings are still sold and played on the radio, used in advertising and used in numerous, and recent, movies, *e.g.*, *Brooklyn's Finest*, *The Curious case of Benjamin Button*, *Ocean's Twelve* among others (their recordings have been used in over 80 motion pictures and television programs).

24.     Purchasers of musical entertainment are mislead and confused by the presence of phony groups billed as "The Platters" when those groups do not have legitimate rights to the mark, and those groups are not associated with performers who first used the mark in commerce and were responsible or participated in the performances and recordings that made THE PLATTERS mark famous.

25.     In order to avoid this type of false and misleading designation, numerous states, including Nevada and New York (where Larry Marshak lives) have passed so-called "Truth in Music" legislation that prevents misuse. The Truth in Music statute is followed by performers in Las Vegas who list their groups as tributes and are careful to use a name for their show that clearly distinguishes their live performances from those of the original recording artist. Attached as

1  Exhibit E is a copy of show listings showing that distinction. That printout also shows that

2  Marshak lists his group as a "headliner" along with other famous artists such as Celine Dion, Elton

3  John, and Rod Stewart.

4       26.    Marshak's use of the mark THE PLATTERS, without clarifying that his group is a

5  tribute group so as to clearly distinguish that it is unrelated to the original group causes Herb Reed

6  Enterprises, LLC, who has superior rights to the mark, severe harm. Marshak's phony "Platters"

7  groups dilute the value of Reed's legacy as an entertainer and his' company right in the mark by

8  providing copycat vocal entertainment, thereby reducing demand and value of Reed's group, while

9  at the same time trading off of Reed's efforts and reputation as reflected in the mark.

10       27.    In addition, the use of the mark THE PLATTERS in connection with other vocal

11  groups is confusingly similar to Reed's registered mark HERB REED AND THE PLATTERS.

12       28.    If Marshak were to clarify that his copycat groups were "Larry Marshak's tribute"

13  or "Larry Marshak's salute" to "The Platters (as contemplated by Truth in Music laws) to make it

14  clear that they are distinct from the original "Platters" or groups that have original members, the

15  public would not be mislead into thinking that they were, or are connected to, the original

16  "Platters."

17       29.    Marshak's wrongful claim of ownership of the mark THE PLATTERS is causing

18  further harm to Reed by impinging on its rights in the registered mark HERB REED AND THE

19  PLATTERS."

20       30.    Herb Reed is the only living original member of the vocal group "The Platters."

21       31.    Over nearly 60 years, Reed has spent either himself or though his companies,

22  considerable money and effort in creating and promoting THE PLATTERS and HERB REED

23  AND THE PLATTERS.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

32.     Herb Reed is a significant performer and contributor to the history of Rock and Roll. By virtue of his efforts and multiple musical and entertainment talents, Reed, along with the members of the original "Platters," created the value, reputation and fame associated with the marks THE PLATTERS and HERB REED AND THE PLATTERS."

Executed on this 4th day of April, 2012.

/s/ Frederick J. Balboni, Jr.
Frederick J. Balboni, Jr.