1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERB REED ENTERPRISES, LLC, a Massachusetts company,        ) <br> ) <br> ) | |
|        Plaintiff,        ) | Case No.  2:12-cv-0560-MMD-GWF |
|        vs.        ) | **ORDER** |
| FLORIDA ENTERTAINMENT MANAGEMENT, ) <br> INC., a Nevada company and LARRY MARSHAK, ) <br> ) | |
|        Defendants.        ) | |
| _____ ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed April 4, 2012. Defendants filed their Answer (#14) on April 30, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 2, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 20th day of June, 2012.

_George Foley Jr._ _____
GEORGE FOLEY, JR.
United States Magistrate Judge