GORDON SILVER
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

SOMMERS LAW, PLLC
ERIC SOMMERS (*Admitted Pro Hac Vice*)
Email: eric@sommerslaw.com
600 State Street, Suite 1
Portsmouth, New Hampshire 03801
Tel: (603) 570-4854

*Attorneys for Herb Reed Enterprises, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HERB REED ENTERPRISES, LLC, a Massachusetts Company<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA ENTERTAINMENT MANAGEMENT, INC., a Nevada company; and LARRY MARSHAK, an individual<br><br>Defendants. | CASE NO. 2:12-cv-00560-MMD-GWF<br><br>**STIPULATED ORDER OF DISMISSAL OF REMAINING CLAIMS AND FOR RELEASE OF BOND** |

Judgment on Counts I-III of the Complaint and a permanent injunction having been entered (the "Permanent Injunction," Doc. 154), Plaintiff Herb Reed Enterprises, LLC ("HRE") on the one hand, and Larry Marshak ("Marshak") and Florida Entertainment Management, Inc. ("FLEM") on the other hand (collectively the "Defendants"), stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the remaining claim of HRE's Complaint (Dilution) and Defendants' counterclaims are hereby dismissed, with prejudice, all parties to bear their own costs. Final judgment is entered with all rights of appeal waived.

2. The Court shall retain jurisdiction over enforcement of the Parties' settlement

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

1 of 2

agreement and the Permanent Injunction, and an action to enforce the parties' settlement agreement or enforce the Permanent Injunction shall in no manner be barred by the dismissal of the remaining claims. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction expressly retained in order of dismissal); Ortolf v. Silver Bar Mines, Inc., 111 F.3d 85, 87-88 (9th Cir. 1997) (applying Kokkonen exception).

3. The Clerk is directed to release the bond posted by HRE to Sommers Law, PLLC counsel of record, and take such other action as necessary to close this case.

Dated this 3rd day of February, 2015.                    Dated this 3rd day of February, 2015.

SOMMERS LAW, PLLC                                         LEASON ELLIS LLP


/s/ Eric Sommers                                          /s/ Yuval Marcus
SOMMERS LAW, PLLC                                         LEASON ELLIS LLP
ERIC SOMMERS                                              YUVAL H. MARCUS
(*Admitted pro hac vice*)                                 (*Admitted pro hac vice*)
600 State Street, Suite 1                                 CAMERON S. REUBER
Portsmouth, New Hampshire 03801                           (*Admitted pro hac vice*)
Tel: (603) 570-4854                                       One Barker Avenue, Fifth Floor
                                                          White Plains, NY 10601
GORDON SILVER                                             Tel: (914) 288-0022
JOHN L. KRIEGER
Nevada Bar No. 6023                                       HUTCHISON & STEFFEN, LLC
3960 Howard Hughes Pkwy., 9th Floor                       JOSEPH S. KISTLER
Las Vegas, Nevada 89169                                   Nevada Bar No. 3458
Tel: (702) 796-5555                                       JACOB A. REYNOLDS
                                                          Nevada Bar No. 10199
                                                          Peccole Professional Park
*Attorneys for Herb Reed Enterprises, LLC*                10080 West Alta Drive, Suite 200
                                                          Las Vegas, Nevada 89145
                                                          Tel: (702) 385-2500

                                                          *Attorneys for Larry Marshak and*
                                                          *Florida Entertainment Management, Inc.*


**SO ORDERED.**

ENTERED this ___4th___ day of ___February___, 2015.

_____
UNITED STATES DISTRICT JUDGE

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555